**Order entered March 6, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00279-CV

### IN RE CHRIS CARTER, ET AL, Relators

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07054**

### ORDER
Before Justices Myers, Molberg, and Evans

Before the Court is relators' March 2, 2020 petition for immediate writ of injunction. The Court requests a response from real parties in interest and respondent, if any, by **March 16, 2020**.

/s/    LANA MYERS
        JUSTICE